**DISMISS and Opinion Filed August 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00810-CV**

**JOY GETER, Appellant**
**V.**
**SONJA MEEKS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2024-2-034CV**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. By postcard dated August 6, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240810F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOY GETER, Appellant

No. 05-24-00810-CV          V.

SONJA MEEKS, Appellee

On Appeal from the County Court at Law No. 1, Grayson County, Texas Trial Court Cause No. 2024-2-034CV.

Opinion delivered by Chief Justice Burns. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 30th day of August 2024.